IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| QUALITY INFUSION CARE, INC., | § | Bankruptcy Case No. 10-36675 |
| | § | |
| Debtor. | § | |
| RANDY W. WILLIAMS | § | |
| CHAPTER 7 TRUSTEE , | § | |
| | § | |
| Plaintiff, | § | Civil  Case No. H-13-0379 |
| | § | |
| vs. | § | Adversary No. 12-3328 |
| | § | |
| DALLAL ABDELSAYED, M.D., | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING MOTION FOR WITHDRAWAL OF THE REFERENCE BY DALLAL ABDELSAYED M.D.

The motion for withdrawal of the reference by Dallal Abdelsayed, M.D. is granted. The reference  is withdrawn. The claims against Dallal Abdelsayed M.D. in the adversary proceeding will be resolved in the United States District Court for the Southern District of Texas.

SIGNED on March 5, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge